UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA MILES, | No. 2:22-cv-01918 TLN AC PS |
| Plaintiff, | |
| v. | ORDER |
| DAVID ASHBY, et al., | |
| Defendants. | |

The court is in receipt of plaintiff's "request to proceed IFP." ECF No. 2. However, the request is not signed and does not include all information necessary to a determination of indigence under 28 U.S.C. § 1915(a)(1); the second page is entirely blank. Accordingly, the request will be denied without prejudice. Plaintiff must submit a renewed in forma pauperis ("IFP") application on the standard court form, with all sections completed and all requested information provided, or pay the filing fee, by November 14, 2022. The Clerk of the Court is directed to provide plaintiff with a copy of the Application to Proceed in District Court Without Prepaying Fees or Costs. If plaintiff fails to file a renewed motion, this case will be dismissed for failure to prosecute.

IT IS SO ORDERED.

DATED: November 22, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE